**422**

Charles C. BRAWLEY, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

No. 72–1418

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Aug. 23, 1972.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM:

Affirmed.[1] See Local Rule 21.[2]

James F. PLOTNER, Jr., Sp. 4, United States Army, Petitioner-Appellee,

v.

Stanley R. RESOR, Secretary of the Army, and John C. F. Tillson, III, Commanding General, Fort Gordon, Georgia, Respondents-Appellants.

No. 31030.

United States Court of Appeals, Fifth Circuit.

Aug. 18, 1972.

William T. Morton, Asst. U. S. Atty., R. Jackson B. Smith, Jr., U. S. Atty.,

Barnee C. Baxter, Jr., Asst. U. S. Atty., Augusta, Ga., for respondents-appellants.

Peter E. Rindskopf, Howard Moore, Jr., Atlanta, Ga., John H. Ruffin, Augusta, Ga., for petitioner-appellee.

Before JOHN R. BROWN, Chief Judge, TUTTLE, Senior Circuit Judge, and WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

The court has heretofore put this case en banc on its own motion. On the facts made known to the Court the cause has become moot since the granting of rehearing en banc. Accordingly the appeal is dismissed and the panel decision, 1971, 446 F.2d 1066 is to have no precedential value.

Appeal dismissed.

Shirley BALLANTINE, Petitioner-Appellee,

v.

Bernard GARMIRE, Chief of Police of the City of Miami, Fla., et al., Respondents-Appellants.

No. 72–1608.

United States Court of Appeals, Fifth Circuit.

Aug. 1, 1972.

Rehearing Denied Aug. 28, 1972.

---

\* Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. Appellant alleged as grounds for relief that (1) he was indicted by an illegally constituted grand jury; (2) he did not sign a waiver of counsel form in open court; (3) he was subjected to an illegal arrest, search, and seizure; and (4) the trial court did not comply with Rule 11, F.R.Crim.P., when it failed to inquire sua sponte, into the validity of the search and seizure.

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

Alan H. Rothstein, City Atty., Sidney B. Shapiro, Asst. City Atty., Miami, Fla., for respondents-appellants.

Theodore R. Gibson, II, Bruce S. Rogow, Miami, Fla., for plaintiff-appellee.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

The order of the district court granting habeas corpus relief to the appellee is affirmed.[1] Argersinger v. Hamlin, 1972, 407 U.S. 25, 92 S.Ct. 2006, 32 L.Ed.2d 530.

■

Charles Cleveland **BUSH, Petitioner-Appellee,**

v.

**Bernard E. GARMIRE, Chief of Police of the City of Miami, Fla., Respondent-Appellant.**

**No. 71-3540.**

United States Court of Appeals, Fifth Circuit.

Aug. 1, 1972.

Rehearing Denied Aug. 28, 1972.

Alan H. Rothstein, City Atty., Sidney B. Shapiro, Asst. City Atty., Miami, Fla., for respondent-appellant.

Bruce S. Rogow, Miami, Fla., for petitioner-appellee.

Before BELL, DYER and CLARK, Circuit Judges.

1. It is appropriate to dispose of this case summarily. See Groendyke Transport, Inc. v. Davis, 5 Cir., 1969, 406 F.2d 1158.

1. It is appropriate to dispose of this case summarily. See Groendyke Transport, Inc. v. Davis, 5 Cir., 1969, 406 F.2d 1158.

PER CURIAM:

The order of the district court granting habeas corpus relief to the appellee is affirmed.[1] Argersinger v. Hamlin, 1972, 407 U.S. 25, 92 S.Ct. 2006, 32 L.Ed.2d 530.

■

**M. McGOVERN et al., Plaintiffs-Appellants,**

v.

**NEW ORLEANS CLERKS & CHECKERS, LOCAL NO. 1497, ILA, et al., Defendants-Appellees.**

**No. 72-1645**
**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Aug. 11, 1972.

Gilbert P. Cohen, Gretna, La., for plaintiffs-appellants.

Victor H. Hess, Jr., New Orleans, La., for defendants-appellees.

Before JOHN R. BROWN, Chief Judge, and GOLDBERG and MORGAN, Circuit Judges.

PER CURIAM:

We conclude that the judgment of the district court in this matter is correct. See McGovern et al. v. New Orleans Clerks and Checkers, Local 1497 et al., E.D.La., 1972, 343 F.Supp. 351.

Affirmed.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.